UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RASHAUD ROOSEVELT CULBERSON,

    Defendant.

_____/

Case: 2:22-cr-20007
Judge: Roberts, Victoria A.
MJ: Altman, Kimberly G.
Filed: 01-04-2022 At 03:09 PM
INDI USA V RASHAUD CULBERSON (SS)

Violation:
18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
**18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm**

On or about September 9, 2021, in the Eastern District of Michigan, the defendant, Rashaud Roosevelt Culberson, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm—that is, a black 40 caliber Glock handgun, which had previously traveled in and affected interstate commerce—in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATIONS**
### 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)

The allegations contained in this Indictment are hereby realleged and incorporated by reference for purposes of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One, the defendant, Rashaud Roosevelt Culberson, shall forfeit to the United States any firearms and ammunition involved in or used in the knowing violation of the offense set forth in the Count of conviction, pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c).

If any of the property described above, as a result of any act or omission of the defendant—

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred to, sold to, or deposited with a third party;
    c.    has been placed beyond the jurisdiction of this Court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property that cannot be divided without difficulty;

the United States shall be entitled to forfeit other property of the defendant up to the value of the above described forfeitable property, pursuant to Title

2

21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

**THIS IS A TRUE BILL.**

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/ Benjamin Coats*
BENJAMIN COATS
Chief, Major Crimes Unit
United States Assistant Attorney

*s/ James J. Carty*
JAMES J. CARTY
Assistant United States Attorney

Dated: January 4, 2022

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case: 2:22-cr-20007<br>Judge: Roberts, Victoria A.<br>MJ: Altman, Kimberly G.<br>Filed: 01-04-2022 At 03:09 PM<br>INDI USA V RASHAUD CULBERSON (SS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** JC |

**Case Title:** USA v. Rashaud Roosevelt Culberson

**County where offense occurred:** Wayne

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

___Indictment/___Information --- **no** prior complaint.
_✓_Indictment/___Information --- based upon prior complaint [Case number: 21-mj-30567     ]
___Indictment/___Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

January 4, 2022
Date

James J. Carty
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 269-4766
Fax:    (313) 226-2372
E-Mail address: james.carty@usdoj.gov
Attorney Bar #: P74978

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.